IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| SHANE McCLANAHAN,<br><br>Plaintiff,<br><br>vs.<br><br>JIM SALMONSEN,<br><br>Defendant. | Cause No. CV 22-20-H-BMM-JTJ<br><br>ORDER |

On April 6, 2022, Plaintiff McClanahan submitted a request for entry of default and a motion for default judgment (Docs. 12, 13).

Default may be entered only upon a plaintiff's showing, "by affidavit or otherwise," that defendants were properly served and failed to appear. McClanahan cannot serve his pleadings himself and so cannot attest to service. *See, e.g.*, Fed. R. Civ. P. 4(c)(2), (l)(1). As he has made not made an appropriate showing of default, his motion for default judgment is inapposite. *See* Fed. R. Civ. P. 55(a), (b)(2).

Accordingly, IT IS ORDERED that McClanahan's request for entry of default and motion for default judgment (Docs. 12, 13) are DENIED.

DATED this 18th day of April, 2022.

_____
John Johnston
United States Magistrate Judge